1  David E. Bower, SBN 119546
**MONTEVERDE & ASSOCIATES PC**
2  600 Corporate Pointe, Suite 1170
Culver City, CA 90230
3  Tel: (213) 446-6652
Fax: (212) 601-2610
4  **dbower@monteverdelaw.com**
*Counsel for Plaintiff*
5

6

# UNITED STATES DISTRICT COURT

7
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

| | |
|---|---|
| ROBERT KROMPHOLD, Individually and on Behalf of All Others Similarly Situated, <br> Plaintiff, <br> v. <br><br> CASTLIGHT HEALTH, INC., GIOVANNI M. COLELLA, BRYAN ROBERTS, ANN LAMONT, ED PARK, DAVID B. SINGER, MICHAEL EBERHARD, DAVID EBERSMAN, and KENNY VAN ZANT, <br><br> Defendants. | Civil Action No.  3:17-cv-1081 <br><br><br> **NOTICE OF DISMISSAL** |

Notice is hereby given that pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses with prejudice as to Plaintiff only and without prejudice as to the putative class in the above-titled action against Defendants as moot.  This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

DATED: March 9, 2017

Respectfully submitted,

*/s/ David E. Bower*
David E. Bower SBN 119546
**MONTEVERDE & ASSOCIATES PC**
600 Corporate Pointe, Suite 1170
Culver City, CA 90230
Tel: (310) 446-6652
Fax: (212) 601-2610
Email:  dbower@monteverdelaw.com

*Counsel for Plaintiff*

**NOTICE OF DISMISSAL**

1

**OF COUNSEL**

2

**MONTEVERDE & ASSOCIATES PC**

3

Juan E. Monteverde
The Empire State Building

4

350 Fifth Avenue, 59th Floor
New York, NY 10118

5

Tel: (212) 971-1341
E-mail: jmonteverde@monteverdelaw.com

6

7

*Counsel for Plaintiff*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**2**
**NOTICE OF DISMISSAL**